### 11092.   MATHEWS *et al. v.* GREEN.

BLOODWORTH, J.  The affidavit of illegality in this case was properly dismissed.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 4, 1920.

Affidavit of illegality; from city court of Statesboro — Judge Proctor.   October 17, 1919.

3

*R. Lee Moore, Brannen, Booth & Cowart,* for plaintiffs in error.
*Anderson & Jones,* contra.